UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

    - v -                          :        19 Cr. _____

LARRY D. MEYERS,                   :        NOTICE OF INTENT TO
                                                     FILE AN INFORMATION
            Defendant.           :

**19 CRIM 429**

- - - - - - - - - - - - - - - - x

        Please take notice that the United States Department of Justice, Antitrust Division will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:  5/9/2019
        New York, New York

                              JAMES J. FREDRICKS
                              Chief, Washington Criminal II
                              Antitrust Division
                              U.S. Department of Justice

                By: _____
                      DANIEL MCCUAIG
                      Trial Attorney, Antitrust Division
                      U.S. Department of Justice

AGREED AND CONSENTED TO:

By: _____
    DAN PORTNOV
    Attorney for Larry D. Meyers

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/19

*Wheel B: J. Engelmayer /OTW*