UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

LARRY D. MEYERS,

*Defendant.*

No. 1:19-cr-429 (PAE)

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD**

---

**PLEASE TAKE NOTICE THAT,** upon the accompanying Declaration of Charles Alvarez, Esq., the undersigned moves this Court, before the Honorable Paul A. Engelmayer, United States District Judge for the Southern District of New York, on a date and time to be set by the Court, for an Order pursuant to Local Rule 1.4 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York granting its Motion to Withdraw as Counsel of Record for Plaintiff.

Dated: July 17, 2019

By: _____
Charles Alvarez

Law Office of Charles Alvarez, Esq., LLC
149 Washington Street
First Floor
Bloomfield, NJ 07003
(973)404-0847
Charles@charlesalvarezlaw.com

*Counsel for Defendant Larry D. Meyers*

**GRANTED.**

7/18/2019

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge